| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, Richard A. | 2. Court or Organization<br><br>W.D. Washington | 3. Date of Report<br><br>05/05/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. District | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>700-Stewart Street<br>Seattle, Washington 98101 | 8. On the basis of the information contained in this Report and any<br> modifications pertaining thereto, it is, in my opinion, in compliance<br> with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | YMCA of Greater Seattle |
| 2. Advisory Board Member | National Center for Courts and Media, National Judicial College |
| 3. Advisory Board Member | Seattle University Access to Justice Institute |
| 4. Board Member | Washington State Bar Association Leadership Institute |
| 5. Faculty/Instructor | National Judicial College |
| 6. Board Member | YMCA of the USA National Board of Directors |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Washington State Deferred Compensation Plan: pension upon retirement |
| 2. 1994 | Washington State Judicial Retirement Account: pension upon retirement |
| 3. | |

**Jones, Richard A.**

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/05/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | ▨▨▨ -Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | YMCA-USA National Board of Directors | January 28-29, 2010 | Aspen Institute-New YChicago, Illinois | Board Meeting | Transportation, meals and lodging |
| 2. | Gonzaga University School of Law | May 14-15, 2010 | Spokane, WA | Commencement Speecch | Transportation, meals and lodging |
| 3. | YMCA-USA National Board of Directors | July 7-8, 2010 | Salt Lake City, Utah | Board Meeting | Transportation, meals and lodging |
| 4. | National Judicial College | October 10-12, 2010 | Reno, Nevada | Teaching Judges | Transportation, mcals and lodging |
| 5. | YMCA_USA Board of Directors | October 20-21, 2010 | Chicago, Illinois | Board Meeting | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/05/2011 |

| 6. | National Center for Courts and Media/National Judicial College | November 8-10 | New York, New York | Board Meeting | Transportation, meals and lodging |
|---|---|---|---|---|---|
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/05/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Tully's Stock (common) | | None | J | W | | | | | |
| 2. Tully's Stock(preferred) | | None | J | W | | | | | |
| 3. FBR Direct | | None | | | Sold | 08/23/10 | J | A | National Financial Service |
| 4. American Funds: American Balanced | A | Interest | M | T | | | | | |
| 5. American Funds: American Mutual | A | Interest | M | T | | | | | |
| 6. American Funds: Capital Income Builder | A | Interest | M | T | | | | | |
| 7. American Funds: Capital World Growth & Income | A | Interest | L | T | | | | | |
| 8. American Funds: Capital World Bond | A | Interest | M | T | | | | | |
| 9. American Funds: Fundamental Investors | A | Interest | L | T | | | | | |
| 10. American Funds: Growth Fund of America | A | Interest | L | T | | | | | |
| 11. American Funds: Income Fund of America | E | Interest | M | T | | | | | |
| 12. American Funds: Investment Company of America | A | Interest | M | T | | | | | |
| 13. American Funds: SMALLCAP WORLD | A | Interest | L | T | | | | | |
| 14. American Funds: Washington Mutual Investors | | None | M | T | | | | | |
| 15. American Funds: Bond Fund of America | B | Interest | M | T | | | | | |
| 16. American Funds: Money Market | A | Distribution | L | T | | | | | |
| 17. Washington State Investment Board* | E | Distribution | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Richard A. | 05/05/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

Advisory Board Member Northwest Minority Job Fair Committee
Advisory Board Member First Year Minority Clerkship Program
Co-Chair King County Bar Association Rev. Dr. Martin Luther King Luncheon Committee
Board Member Center for Children & Youth Justice


VII. Investments and Trusts

17.* Monthly Retirement distributions from the State of Washington Department of Retirement Systems commenced October 2010. Please also note the 1994 Washington State Deferred Compensation Plan and Washington
State Judicial Retirement Account Plan (See Part II Agreements) were terminated in September 2010. These funds fund the monthly retirement and the balance was rolled over to the American Funds Investment Company of
America Washington Mutual Investors

18. ISMARC 401k Value Code L, Value Method T

22. Principal Finance Group Value Code J, Value Method T

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Richard A. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544